PEOPLE, Respondent, v. KELLEY, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Proceedings by the people of the state of New York against Frank Kelley, indicted as John Doe.

PER CURIAM. Judgment of conviction affirmed.

SEWELL, J., not sitting.

---

PEOPLE v. LIBERMAN DAIRY CO. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Proceedings by the people of the state of New York against the Liberman Dairy Company. No opinion. Motion granted, and question certified. Order filed.

---

PEOPLE, Respondent, v. McBRIDE et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Proceedings by the people of the state of New York against Lawrence McBride and another. No opinion. Judgment of the Court of Special Sessions affirmed.

---

PEOPLE, Appellant, v. MORESVILLE TURNPIKE CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Proceedings by the people of the state of New York against the Moresville Turnpike Company. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to the plaintiff to amend complaint upon payment of costs in this court and at Special Term.

---

PEOPLE, Respondent, v. MORELLI, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Proceedings by the people of the state of New York against Emelio Morelli. No opinion. Judgment and order of the County Court of Kings county affirmed.

---

PEOPLE, Respondent, v. SURROCCO, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Proceedings by the people of the state of New York against James Surrocco. No opinion. Judgment of conviction affirmed.

---

PEOPLE v. WALKER. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Proceedings by the people of the state of New York against William H. Walker. No opinion. Motion granted. Order filed.

---

PEOPLE ex rel. BICE v. COMMON COUNCIL OF CITY OF COHOES et al. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Proceedings by the people of the state of New York, on the relation of Sloan M. Bice, against the Common Council of the city of Cohoes, as the board of canvassers of the city of Cohoes, and another. No opinion. Final order and judgment unanimously affirmed, with costs.

---

PEOPLE ex rel. BRENNAN v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Proceedings by the people of the state of New York, on the relation of John J. Brennan, against Theodore A. Bingham, as commissioner, etc. J. Rouss, for relator. T. Connolly, for respondent.

PER CURIAM. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

CLARKE, J., dissents.

---

PEOPLE ex rel. GLENS FALLS TRUST CO., Appellant, v. REOUX, County Treasurer, Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Proceedings by the people of the state of New York, on the relation of the Glens Falls Trust Company, against Louis E. Reoux, as county treasurer of Warren county, state of New York.

PER CURIAM. Order (60 Misc. Rep. 139, 112 N. Y. Supp. 1025) affirmed, with costs.

SMITH, P. J., dissents.

---

PEOPLE ex rel KOLUSKI, Appellant, v. BOARD OF MANAGERS OF STATE AGRICULTURAL AND INDUSTRIAL SCHOOL, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Proceedings by the people of the state of New York, on the relation of Mary Koluski, against the board of managers of the State Agricultural and Industrial School. No opinion. Order affirmed.

---

PEOPLE ex rel SEARS, Appellant, v. FINNEY et al., Respondents. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Proceedings by the people of the state of New York, on the relation of Julia Sears, against Peter B. Finney and others. M. Coleman, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.